**FILED**
Aug 05, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Name and Prisoner/Booking Number: **Kevin Lewis JR AZ6665**
Place of Confinement: **CSP-Sacramento**
Mailing Address: **P.O. Box 290066**
City, State, Zip Code: **Represa CA 95671**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

(Full Name of Plaintiff) **Kevin Lewis JR**,
  Plaintiff,

v.

(Full Name of Defendant)
(1) **R. Velasquez**,
(2) **T. Gonzalez**,
(3) **D. Martin**,
(4) **D. Anderson**,
  Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **2:25-cv-2190 CSK (PC)**
(To be supplied by the Clerk)

**Demand jury trial!!**

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: **California State prison Sacramento**

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: **R. Velasquez**. The first Defendant is employed as:
   **Correctional officer** at **CSP-Sacramento**.
   (Position and Title) (Institution)

2. Name of second Defendant: **T. Gonzalez**. The second Defendant is employed as:
   **Correctional officer** at **CSP-Sacramento**.
   (Position and Title) (Institution)

3. Name of third Defendant: **D. Martin**. The third Defendant is employed as:
   **Correctional Sergeant** at **CSP-Sacramento**.
   (Position and Title) (Institution)

4. Name of fourth Defendant: **D. Anderson**. The fourth Defendant is employed as:
   **Correctional Lieutenant** at **CSP-Sacramento**.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **2**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Kevin Lewis Jr.** v. **Alan Quinto**
      2. Court and case number: **1:22 CV-00608 CBD**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Still pending**

   b. Second prior lawsuit:
      1. Parties: **Kevin Lewis Jr.** v. **CDCR Sacramento**
      2. Court and case number: **2:24-CV-03001-JDP**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Still pending**

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _eighth admendmant 8th amendmant 14th amendmant_

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each** Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   _On 4-22-25 I was cell extracted by said defendants and once I was secured I was taken to Sacramento facility A-1 small yard where I was socked in the face on camera for trying to catch my breath_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Swollen face left eye right cheek and mental health PTSD is hightend to the tenth degree_

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _N/A_

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _eigth 8th amendment 14 fourteenth amendment_

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   _On 4-22-25 Officer D. Martin and D. Anderson secured me from my cell in facility A-1 223 and when I exited the cell I was thrown to the floor and assulted by said Defendants forearm, elbow and fict_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Swollen left eye, right cheek and PTSD mental Illness hightend_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _N/A_

4

# CLAIM III

1. State the constitutional or other federal civil right that was violated: __Eighth (8th) amendment__ ~~fourteenth 14th amendment~~

2. Claim III. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each** Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Officers used excessive force for my reporting staff misconduct so when defendants cell extracted me they use unnecessary force when I was already detained in handcuff

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
Tangible property ie. Car, boat, house, each defendant $500 a month for 5 years for punitive and emotional damages, and $5,000 per defendant for two years in total amount of $120,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7-30-25__        _____
                DATE                    SIGNATURE OF PLAINTIFF

__Sharon Peele__
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
257 E 75st Los
Angeles CA 90003
(818) 272-9990 Telephone
Work # (323) 915-9189
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.